# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00031-CV

**In re Michael McPhee**

### ORIGINAL PROCEEDING FROM SAN SABA COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and motion to stay are denied. *See* Tex. R. App. P. 52.8(a).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: January 23, 2024